**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

*IN RE HAGUE CHILD ABDUCTION APPLICATION*

| | |
|---|---|
| **C. E. H. T., Petitioner,** | ) |
| | ) |
| **and** | )   **Case No.   4:26-cv-655** |
| | ) |
| **S. Y. J. Z., Respondent.** | ) |
| | ) |

<u>**EX PARTE CASE DOCUMENTS TO FOLLOW**</u>

Petitioner hereby files this placeholder for the initiating document in this case to comply

with the court's case initiation administrative procedure. A Motion to File Under Seal and Ex Parte

is to be filed subsequent to this document.

Dated: April 30, 2026

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

<u>/s/ *Grace E. Martinez*</u>
Jennifer L. Berhorst, MO #61784
Grace E. Martinez, MO #70921
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
T: (816) 374-3200
F: (816) 374-3300
grace.martinez@bclplaw.com
jennifer.berhorst@bclplaw.com

Hannah E. Demand, MO #74911
One Metropolitan Square
211 N. Broadway, Ste. 3600
St. Louis, Missouri 63102
T: (314) 259-2000
F: (314) 259-2020
hannah.demand@bclplaw.com

*ATTORNEYS FOR PETITIONER*

1