UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CARLOS EMILIO HUERTA TERRAZA,          )
                                       )
     Petitioner,                      )
                                       )
     v.                               )          Case No. 4:26-cv-00655-SRC
                                       )
SUSANA YOSIRA JUAREZ ZARATE,           )
                                       )
     Respondent.                      )

## Order

On April 30, 2026, Petitioner Carlos Emilio Huerta Terraza filed a Verified Petition for Return of the Child under the Hague Convention on International Child Abduction, *see* 22 U.S.C. § 9001 et seq.  Doc. 2-1; *see also* doc. 12.  On June 11, 2026, the Court granted Mr. Huerta's Petition, docs. 2-1, 12, and ordered the return of his child to Mexico, docs. 72, 73.

Under ICARA, the federal statute implementing the Hague Convention, "[a]ny court ordering the return of a child . . . shall order the respondent to pay necessary expenses incurred by or on behalf of the petitioner, including court costs, legal fees, foster home[,] or other care during the course of proceedings in the action, and transportation costs related to the return of the child, unless the respondent establishes that such order would be clearly inappropriate."  22 U.S.C. § 9007(b)(3).  If Mr. Huerta seeks any or all of the above-listed expenses for this action, he may move for them per the deadlines provided in the Court's Local Rules, which accrue from the date of the Court's order on return, docs. 72, 73.  *See* E.D.Mo L.R. 8.02, 8.03.  These rules also govern Ms. Juarez's response deadlines.

So ordered this 19th day of June 2026.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE